**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00320-CV

**IN RE AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY, Relator**

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-02965-A

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and second emergency motion for temporary relief. We **ORDER** that relator bear the costs of this original proceeding.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE